IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND BRUCE KREUTZER, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID CUMMINGS, <br><br> Defendant. | CIVIL ACTION NO. 06-0199 <br><br> CHIEF JUDGE AMBROSE <br><br> ELECTRONICALLY FILED |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and based on the filing of the requested documents by Defendant, David Cummings, and his counsel, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed without prejudice, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived, since enough information has been provided to personnel of the Internal Revenue Service to proceed, in the future, administratively. A representative of Mr. Cummings does not oppose this Stipulation.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

s/Paul E. Skirtich
PAUL E. SKIRTICH
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7418
PA ID No. 30440

Counsel for Plaintiffs

**ORDER**

AND NOW, to wit, this 7th day of Nov, 2006, it is so ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE